UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN ALVAREZ VALDOVINOS,<br><br>　　　　Defendant. | NO: CR-02-2097-FVS<br><br>**ORDER DISMISSING INDICTMENT** |

　　This matter coming before the above Court on the government's motion to dismiss the indictment;

　　and the Court having reviewed the files and the records herein;

**IT IS HEREBY ORDERED:**

　　That the indictment in the above-referenced case shall be dismissed.

　　ENTERED this ___12th___ day of ___September___, 2011.

　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　HON. FRED VAN SICKLE
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

2